IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLANGE TRONCOSO,
*on behalf of herself and others similarly situated,*

                      Plaintiff,

    -against-

TGI FRIDAY'S, INC., INVENTURE FOODS,
INC., and UTZ QUALITY FOODS, LLC

                      Defendant.

**Case No:**
**1:19-CV-02735(KPF)-KHP**

Hon. Katherine Polk Failla

---

**PLEASE TAKE NOTE** that the undersigned attorneys for Defendants TGI Friday's Inc., Inventure Foods, Inc., and Utz Quality Foods, LLC (collectively, the "Defendants") in the above-referenced matter, request oral argument and will move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, on a date and time designated by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing Plaintiff's First Amended Complaint with prejudice.

In support of their Motion to Dismiss, Defendants submit a Memorandum of Points and Authorities, which is being filed contemporaneously.

Dated: September 17, 2019
       New York, New York

                              COZEN O'CONNOR

                              */s/ Richard Fama*
                              Richard Fama, Esq. (RF5358)
                              E. Dean Harris Porter, Esq. (DP6883)
                              45 Broadway, 16th Floor
                              New York, New York 10006

Telephone: (212) 908-1229
Direct Fax:  (866) 263-1334
Email: rfama@cozen.com

F Brenden Coller, Esq. (FC7886) (*admitted pro hac*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-5518
Direct Fax: (215) 701-2302
E-mail: bcoller@cozen.com