

August 4, 2020

**VIA ECF**

**Richard Fama**
Direct Phone   212-908-1233
Direct Fax       866-591-9124
rfama@cozen.com

The Honorable Katherine Polk Failla, U.S.D.J
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

Re:   **Solange Troncoso v. Inventure Foods, Inc.**
**Case No. 1:19-cv-02735 (KPF) (KHP)**
**Notice to the Court re: Scheduling of Mediation**

Dear Judge Failla,

This firm represents defendant Inventure Foods, Inc. in the above-referenced action. I am writing pursuant to the directive in the Court's July 5, 2020 Notice of Mediator Assignment to inform the Court that the parties have scheduled a mediation with mediator Noah Hanft, on August 6, 2020 at 10:00am, via Zoom.

Please contact me if you have any questions about the information supplied above.

Respectfully,

COZEN O'CONNOR

*/s/ Richard Fama*

BY:     Richard Fama

cc: Lee Litigation Group, C.K. Lee (via ECF)